IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BRENDA A. HUTCHINS, | § | |
| DEWAYNE HUTCHINS AND | § | |
| LUCKY DOG INSTANT CREDIT, LLC | § | |
| | § | |
| v. | § | Civil No. 6:08-cv-00060 |
| | § | |
| 3 PICKWICK, LLC, A WHOLLY OWNED | § | |
| SUBSIDIARY OF SAGECREST II, LLC, | § | |
| ALSO KNOWN AS THREE PICKWICK, LLC | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Mark A. Davis, who is attorney of record for Brenda A. Hutchins, Dewayne Hutchins and Lucky Dog Instant Credit, LLC. Mark A. Davis requests the Court to grant him permission to withdraw as attorney for Brenda A. Hutchins, Dewayne Hutchins and Lucky Dog Instant Credit, LLC in this case. In support thereof, Mark A. Davis would respectfully show as follows:

Good cause exists for withdrawal of Mark A. Davis as counsel, in that he is now a partner in the law firm of Rogers | Davis | Hrach. Brian W. Rogers, a partner in the firm of Rogers | Davis | Hrach, was former counsel for Plaintiffs and Defendants in this case, and will likely be a fact witness in this case. The conflict is further illustrated in the affidavit of Mark A. Davis attached hereto.

A copy of this motion has been delivered to Brenda A. Hutchins, Dewayne Hutchins and Lucky Dog Instant Credit, LLC, who is hereby notified in writing of their right to object to this motion. This withdrawal is not being sought for delay or harassment purposes, but is being filed pursuant to applicable Rules of Ethics in the State of Texas.

Accordingly, Mark A. Davis prays that the Court enter an order discharging him as attorney of record for Brenda A. Hutchins, Dewayne Hutchins and Lucky Dog Instant Credit, LLC.

        Respectfully submitted,

        ROGERS | DAVIS | HRACH
        -     Attorneys & Counselors at Law     -
        121 E. Constitution
        Victoria, Texas 77901
        361.573.9898 – Telephone
        361.573.9899 – Facsimile
        www.rogersdavis.com

        */s/   Mark A. Davis*
        **Mark A. Davis**
        State Bar Number 24012509
        Southern District of Texas Admission Number 24200
        mdavis@rogersdavis.com – email
        *Counsel of Record for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was forwarded to the following parties via electronic means on this the 16th day of December 2008.

Brenda & Dewayne Hutchins
1302 E. Mockingbird
Victoria, Texas 77904

Lucky Dog Instant Credit
Attn: Dewayne Hutchins
1302 E. Mockingbird
Victoria, Texas 77902

James J. Ormiston
Looper Reed & McGraw, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Counsel of Record for Defendant 3 Pickwick, LLC

        */s/   Mark A. Davis*
        Mark A. Davis