IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BRENDA A. HUTCHINS, | § | |
| DEWAYNE HUTCHINS AND | § | |
| LUCKY DOG INSTANT CREDIT, LLC | § | |
| | § | |
| v. | § | Civil No. 6:08-cv-00060 |
| | § | |
| 3 PICKWICK, LLC, A WHOLLY OWNED | § | |
| SUBSIDIARY OF SAGECREST II, LLC, | § | |
| ALSO KNOWN AS THREE PICKWICK, LLC | § | |

### ORDER

Came before the Court the Motion to Withdraw of Mark A. Davis as attorney of record for the Plaintiffs in the above entitled case, and after consideration of the same, the Court hereby Grants said Motion for the withdrawal of Mark A. Davis as counsel for Plaintiffs.

Signed on:_____, 2008.

_____
**THE HONORABLE JOHN D. RAINEY**
**UNITED STATES DISTRICT COURT JUDGE**